IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01811-BNB

KATHLEEN ANN JACOBS,

　　Plaintiff,

v.

SUE WALTER, Phone Secretary,

　　Defendant.

ORDER OF DISMISSAL

Plaintiff Kathleen Ann Jacobs currently resides in Denver, Colorado. Ms. Jacobs initiated the instant action on August 15, 2008, by submitting to the Court a Civil Complaint. Upon review of the merits of the Complaint, Magistrate Judge Boyd N. Boland entered an order, on September 3, 2008, directing Plaintiff to file an Amended Complaint. Plaintiff specifically was instructed to amend the Complaint in keeping with Fed. R. Civ. P. 8(a) and with *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007).

On September 22, 2008, Plaintiff filed a Letter with the Court in which she stated that she wanted her cases to be heard by another district court judge because Magistrate Judge Craig B. Shaffer entered an order directing her to resubmit the pleadings she had submitted to the Court. Magistrate Judge Boland, on September 25, 2008, entered an order construing the September 22, 2008, Letter as a Motion for Recusal and finding that he, not Magistrate Judge Shaffer, had entered the September 3, 2008, Order directing Ms. Jacobs to amend her Complaint. Magistrate Judge Boland

also determined that the September 3, 2008, Order did not demonstrate a basis for recusing himself under 28 U.S.C. § 455(a).

Plaintiff now has failed to communicate with the Court, and as a result she has failed to comply with Magistrate Judge Boland's September 3, 2008, Order to File Amended Complaint within the time allowed.

Upon review of the Complaint, the Court finds that Magistrate Judge Boland correctly determined that Plaintiff's Complaint is deficient and that she is required to amend the Complaint in keeping with Rule 8(a)(2) and **Nasious**. Therefore, the Complaint will be dismissed for failure to amend and to prosecute. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to file an Amended Complaint and for failure to prosecute.

DATED at Denver, Colorado, this 15 day of Oct., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01811-BNB

Kathleen Ann Jacobs
8701 E. Colfax
Denver, CO 80220

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/16/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk